1  Todd M. Friedman (216752)
2  tfriedman@attorneysforconsumers.com
   Adrian R. Bacon (280332)
3  abacon@attorneysforconsumers.com
4  Law Offices of Todd M. Friedman, P.C.
   324 S. Beverly Dr., #725
5  Beverly Hills, CA 90212
6  Phone: 877-206-4741
   Fax: 866-633-0228
7  Attorneys for Plaintiff
8
          **UNITED STATES DISTRICT COURT**
9         **CENTRAL DISTRICT OF CALIFORNIA**
10
11 **EDWARD MAKARON**,                    **Case No.: 2:16-cv-06121-GHK-JC**
   individually and on behalf of all
12 others similarly situated,
                                          **PROOF OF SERVICE**
13
   Plaintiff,
14
        vs.
15
16 **TARGET ADVANCE LLC,** an
   individual,
17
18 Defendant.
19
20
21
22
23
24
25
26
27
28

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>TODD FRIEDMAN SBN 216752<br>Law Offices of Todd M. Friedman,PC<br>21550 Oxnard St. #780<br>Woodland Hills CA 91367<br>ATTORNEY FOR    Plaintiff | TELEPHONE NUMBER<br>(877) 206-4741<br><br>Ref. No. or File No.<br>SysGen | FOR COURT USE ONLY |
|---|---|---|
| UNITED STATES DISTRICT COURT - LOS ANGELES, CALIFORNIA<br>312 N Spring St<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Makaron, Edward v. Target Advance LLC | | |
| INVOICE NO.   DATE:   TIME:   1303080 | DEP./DIV. | CASE NUMBER:<br>2:16-cv-06121-GHK-JC |

United States District Court

Declaration of Service

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. I served the:

Class Action Complaint; Civil Cover Sheet; Notice of Interested parties; Summons; Notice of Assignment; Notice of ADR program; Notice of Clerical Error;

On: Target Advance LLC

At: 4207 Avenue M
    Brooklyn, NY 11234

In the above named action by delivering to and leaving with

Alex Reznak

Whose title is: Registered Agent

On: 9/19/2016         At: 02:57 PM

Fees Paid: 0.00

Person who served papers   a. Name:Greg Naeder   b. Address: 14748 Pipeline Ave Suite B, Chino Hills, CA 91709   c. Telephone number: 909-664-9577   d. The fee for this service was: 300.00   e. I am:   (3) [X] NY process server:
(i)[X] Independent Contractor         (ii) Registration No.:      (iii) County: New York

CONTINUED ON NEXT PAGE

Declaration of Service

Billing Code: SysGen

| PLAINTIFF/PETITIONER: | Edward Makaron | CASE NUMBER: 2:16-cv-06121-GHK-JC |
|---|---|---|
| DEFENDANT/RESPONDENT: | Target Advance LLC | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

9/22/2016

Greg Naeder                                                        >   *Greg Naeder* (signature)

**Declaration of Service**

**Billing Code:** SysGen

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>TODD FRIEDMAN SBN 216752<br>Law Offices of Todd M. Friedman,PC<br>21550 Oxnard St. #780<br>Woodland Hills CA 91367<br>ATTORNEY FOR    Plaintiff | TELEPHONE NUMBER<br>(877) 206-4741<br><br>Ref. No. or File No.<br>SysGen | FOR COURT USE ONLY |
|---|---|---|
| UNITED STATES DISTRICT COURT - LOS ANGELES, CALIFORNIA<br>312 N Spring St<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Makaron, Edward v. Target Advance LLC | | |
| INVOICE NO.   DATE:   TIME:   1303080 | DEP./DIV. | CASE NUMBER:<br>2:16-cv-06121-GHK-JC |

United States District Court

Declaration of Diligence

Person to Serve: Target Advance LLC

Documents Received:

Class Action Complaint; Civil Cover Sheet; Notice of Interested parties; Summons; Notice of Assignment; Notice of ADR program; Notice of Clerical Error;

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. The following attempts were made to effect personal service:

Aug 30 2016   04:25PM   2625 East 64th St. , Brooklyn, NY 11234; The address given is not valid for subject. Resident address the occupant states doesn't know defendant through intercom. Surveillance cameras present.

Sep 06 2016   11:00AM   4207 Avenue M , Brooklyn, NY 11234; The address given is not valid for subject. No one at this address knew about a Target Advance at this location.

Sep 19 2016   02:57PM   4207 Avenue M , Brooklyn, NY 11234; Personally Served, Registered Agent Alex Reznak Age: 35-40, Sex: M, Race/Skin Color: Caucasian, Height: 5'8, Weight: 185, Hair: Bald, Glasses: N

Person attempting service:
   a. Name: Greg Naeder
   b. Address: 14748 Pipeline Ave Suite B, Chino Hills, CA 91709
   c. Telephone number: 909-664-9577
   d. The fee for this service was: 300.00
   e. I am:
   (3) [X] a registered NY process server:
      (i) [X] Independent Contractor
      (ii) Registration No.:   Expires: 10/1/2015
CONTINUED ON NEXT PAGE

| PLAINTIFF/PETITIONER: | Edward Makaron | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Target Advance LLC | 2:16-cv-06121-GHK-JC |

(iii) County: New York

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

9/22/2016

Greg Naeder

**Declaration of Diligence**

**Billing Code:** SysGen