Law Offices of Todd M. Friedman, P.C.
Todd M. Friedman (216752)
21550 Oxnard St., 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD MAKARON**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**TARGET ADVANCE LLC**, DOES 1 through 10, inclusive, and each of them**,**<br><br>Defendant. | Case No. 2:16-cv-06121-GHK-JC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 3rd day of January, 2017.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Dismissal - 1

Filed electronically on this 3rd day of January, 2017, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 3rd day of January, 2017, via the ECF system to:

Honorable George H. King
United States District Court
Central District of California

And mailed to:

Target Advance LLC
4207 Avenue M
Brooklyn, NY 11234


This 3rd day of January, 2017.
By: s/Todd M. Friedman
     Todd M. Friedman